O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHONDEL LAMAR LARKIN, ) | Case No. CV 12-10503-DSF (OP) |
| Plaintiff, ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND FINAL RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. ) | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., ) | |
| Defendants. ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, the other records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in de novo review of those portions of the Report and Recommendation to which objections have been made. The Court notes that there is a typographical error in the title at "D." The title should reflect that the magistrate judge found plaintiff's claims for emotional harm were not subject to dismissal under § 1997e(e). In all other respects, the Court accepts the findings and recommendations of the Magistrate Judge.

/ / /

/ / /

1    IT IS THEREFORE ORDERED that Judgment be entered: (1) accepting the Report and Recommendation; (2) granting the Motion to Dismiss the Second Amended Complaint pursuant to Rule 12(b)(6); and (3) directing that judgment be entered dismissing the Second Amended Complaint with prejudice.

DATED: 6/16/14

HONORABLE DALE S. FISCHER
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge