JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHONDEL LAMAR LARKIN,<br><br>         Plaintiff,<br>    v.<br>CALIFORNIA DEPARTMENT<br>OF CORRECTIONS AND<br>REHABILITATION, et al.,<br><br>         Defendants. | Case No. CV 12-10503-DSF (OP)<br><br>J U D G M E N T |

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: 6/16/14

_____
HONORABLE DALE S. FISCHER
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge